# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>LUNG DOCTOR, INC., doing business as LUNG DOCTOR SMOKE SHOP; MARTIN H. JABRO; and J. ERIC HOLLMANN,<br><br>                 Defendants. | Case No.: 22-CV-1516 TWR (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 13) |

Presently before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. (*See* ECF No. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and as requested by the Parties, the individual claims of Plaintiff GS Holistic, LLC against Defendants Lung Doctor, Inc., Martin H. Jabro, and J. Eric Hollmann are **DISMISSED** in their entirety **WITH PREJUDICE**. Each Party shall bear their own costs and attorneys' fees.

In accordance with the Parties' Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference, (*see* ECF No. 16), the Honorable Allison H. Goddard, United States Magistrate Judge, shall retain continuing and exclusive jurisdiction over the Parties and all matters relating to the litigation and confidential settlement

agreement, including the administration, interpretation, construction, effectuation, enforcement, and consummation of the agreement and this Order.

**IT IS SO ORDERED.**

Dated: February 10, 2023

_____
Honorable Todd W. Robinson
United States District Judge